STUART F. DELERY
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   Fax: (415) 436-7169
   ila.deiss@usdoj.gov

DANIEL ANDERSON
EDWARD CROOKE
Attorneys, Civil Division
   U.S. Department of Justice
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 514-7371

Attorneys for the United States of America

**FILED**
AUG 0 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs<br><br>v.<br><br>NORTH EAST MEDICAL SERVICES, INC., and DOES 1 through 100 inclusive,<br><br>    Defendants. | No. CV 10-1904 CW<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes and intends to proceed with this action. The United States intends to file its own complaint and serve it within 120 days, as provided in Fed. R. Civ. P. 4.

    The Government requests that the relators' Amended Complaint, this Notice, and the

U.S. NOTICE OF ELECTION TO INTERVENE

1

attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States reserves the right to seek the dismissal of the relators' action or claim, at the appropriate time, under 31 U.S.C. § 3730(e)(4), on the ground that substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed and that the relator does not qualify as an original source.

A proposed order accompanies this notice.

Dated: August 2, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

By: _____/s/_____
ILA C. DEISS
Assistant United States Attorney

Attorneys for the United States of America

U.S. NOTICE OF ELECTION TO INTERVENE

## [PROPOSED] ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the relators' Amended Complaint, the Government's Notice of Intervention, and this Order be unsealed;
2. the United States serve its Complaint upon defendant, together with this Order, by November 29, 2012;
3. all other papers or Orders on file in this matter shall remain under seal; and
4. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This 6th day of August, 2012.

_____
HONORABLE CLAUDIA WILKEN
United States District Judge