1  STUART F. DELERY
   Acting Assistant Attorney General
2
   MELINDA HAAG
3  United States Attorney
   JOANN M. SWANSON, CSBN 88143
4  Assistant United States Attorney
   Chief, Civil Division
5  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-7124
8      Fax: (415) 436-7169
       ila.deiss@usdoj.gov
9
   DANIEL ANDERSON
10 EDWARD CROOKE
   Attorneys, Civil Division
11     U.S. Department of Justice
       P.O. Box 261, Ben Franklin Station
12     Washington, D.C.  20044
       Telephone: (202) 514-7371
13
   Attorneys for the United States of America
14
                UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA
16
                      OAKLAND DIVISION
17
   UNITED STATES OF AMERICA and the  )
18 STATE OF CALIFORNIA, *ex rel.* LOI  )   No. CV 10-1904 CW
   TRINH and ED TA-CHIANG HSU,        )
19                                    )
        Plaintiffs                    )   **UNITED STATES' AMENDED**
20                                    )   **NOTICE OF ELECTION TO**
        v.                            )   **INTERVENE; [PROPOSED]**
21                                    )   **AMENDED ORDER**
   NORTH EAST MEDICAL SERVICES,       )
22 INC., and DOES 1 through 100 inclusive, )
                                      )
23      Defendants.                   )
   _____)
24

25      On August 2, 2012, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the

26 United States notified the Court that it intervened and intended to proceed with this action.  The

27 Government incorrectly requested the unsealing of an Amended Complaint, rather than the May

28 2010 Complaint.  There is no Amended Complaint.  Thus, the Government requests that the

1    relators' Complaint, the Notice, and this Amended Notice, and the attached proposed Amended

2    Order be unsealed.  The United States requests that all other papers on file in this action remain

3    under seal because in discussing the content and extent of the United States' investigation, such

4    papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal

5    and time for making an election to intervene should be extended.

6           The United States reserves the right to seek the dismissal of the relators' action or claim, at

7    the appropriate time, under 31 U.S.C. § 3730(e)(4), on the ground that substantially the same

8    allegations or transactions as alleged in the action or claim were publicly disclosed and that the

9    relator does not qualify as an original source.

10

11   Dated: August 8, 2012                    Respectfully submitted,

12                                            STUART F. DELERY
                                             Acting Assistant Attorney General
13
                                             MELINDA HAAG
14                                           United States Attorney

15                              By:    _____/s/_____
                                             ILA C. DEISS
16                                           Assistant United States Attorney
                                             Attorneys for the United States of America
17

18

19

20

21

22

23

24

25

26

27

28

**U.S. AMENDED NOTICE OF ELECTION TO INTERVENE**

1        **[PROPOSED] ORDER**

2        The United States having intervened in this action, pursuant to the False Claims Act, 31

3   U.S.C. § 3730(b)(4), the Court rules as follows:

4

5        IT IS ORDERED that,

6        1.      the relators' Complaint, the Government's Notice of Intervention and Order, the

7                Government's Amended Notice of Intervention and the Amended Order be

8                unsealed;

9        2.      the United States serve its Complaint upon defendant, together with this Order, by

10               November 29, 2012;

11       3.      all other papers or Orders on file in this matter shall remain under seal; and

12       4.      the seal shall be lifted on all matters occurring in this action after the date of this

13               Order.

14  IT IS SO ORDERED,

15  This 10th day of _____August_____, 2012.

16

17                                               _____

18                                               HONORABLE CLAUDIA WILKEN
                                                 United States District Judge

19

20

21

22

23

24

25

26

27

28

**U.S. AMENDED NOTICE OF ELECTION TO INTERVENE**

3