KAMALA D. HARRIS
Attorney General of California
DANE GILLETTE
Chief Assistant Attorney General
BRIAN V. FRANKEL
Supervising Deputy Attorney General
LORA FOX MARTIN
Deputy Attorney General
State Bar No. 168012
 1455 Frazee Rd., Ste. 315
 San Diego, CA 92108
 Telephone: (619) 688-7905
 Fax: (619) 688-4200
 E-mail: Lora.Martin@doj.ca.gov
*Attorneys for the State of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATE OF CALIFORNIA,** *ex rel.* **LOI TRINH and ED TA-CHIANG HSU,**<br><br>Plaintiffs,<br><br>v.<br><br>**NORTH EAST MEDICAL SERVICES, and DOES 1 through 100, inclusive,**<br><br>Defendants. | Case No. 10-cv-01904-CW<br><br>**THE STATE OF CALIFORNIA'S NOTICE OF ELECTION TO INTERVENE** |

Pursuant to the False Claims Act, California Government Code section 12652(c)(6), the State of California hereby notifies the Court of its election to intervene in the above-captioned action. The United States Government filed its Notice of Election to Intervene in this matter on August 6, 2012, and an Amended Notice of Election to Intervene on August 8, 2012.[1] The United States filed a Complaint-in-Intervention on November 26, 2012.

---

[1] On August 10, 2012, this Court ordered that the seal in this action be lifted on all matters
(continued…)

1

1    The United States and the State of California (hereinafter, the "governments") intend to file and serve a joint, amended Complaint-in-Intervention within the next fifteen (15) days, which shall serve as the operative Complaint-in-Intervention in this action.

The State of California reserves the right to seek the dismissal of the relators' action or claims at the proper time, under California Government Code section 12652(d)(3), on the ground that substantially the same allegations or transactions as alleged in the action or claims were publicly disclosed and that the relators do not qualify as original sources.

Dated:  January_4, 2013                    Respectfully submitted,

                                           KAMALA D. HARRIS
                                           Attorney General of California



                                           /s/




                                           LORA FOX MARTIN
                                           Deputy Attorney General
                                           *Attorneys for the State of California*

SF2010101403

---

(…continued)
occurring after the date of the Order.  Accordingly, The State of California's Notice of Election to Intervene is not filed under seal.

[PROPOSED] ORDER

The governments having intervened in this action pursuant to the False Claims Act, 31 U.S.C. section 3730(b)(4) and California Government Code section 12652(c)(6), the Court rules as follows:

IT IS ORDERED that:

1. the governments serve their Amended Complaint-in-Intervention upon defendant, together with this Order, within fifteen (15) days of the filing of the State of California's Notice of Election to Intervene;

2. the defendant file and serve its Answer to the Amended Complaint-in-Intervention within sixty (60 ) days of the service of the Amended Complaint-in-Intervention.

IT IS SO ORDERED,

This 14TH day of January, 2013.

_____
HONORABLE CLAUDIA WILKEN
United States District Judge