IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 10-1904 CW |
| Plaintiff, | ORDER RELATING CASES |
| v. | |
| NORTH EAST MEDICAL SERVICES, | |
| Defendant. _____/ | |
| NORTHEAST MEDICAL SERVICES, INC., | No. C 10-2433 RS |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al., | |
| Defendants. _____/ | |
| LA CLINICA DE LA RAZA, INC., | No. C 10-4605 RS |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al., | |
| Defendants. _____/ | |

     Pursuant to Civil L.R. 3-12, the Court, on its own motion, relates the following cases to the above-entitled action:

<u>Northeast Medical Services, Inc., v. CA Dept. of Health Service, et al,</u> C 10-2433 RS

<u>La Clinica De La Raza, Inc. v. CA Dept. of Health Service, et al,</u> C 10-4605 RS

IT IS SO ORDERED.

Dated:   4/12/2013                          *[signature]*
                                    CLAUDIA WILKEN
                                    United States District Judge