IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**NORTH EAST MEDICAL SERVICES,**<br><br>Defendant. | CV-10-1904 CW<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO EXTEND THE TIME IN WHICH THE STATE OF CALIFORNIA MUST FILE ITS RESPONSE TO DEFENDANT'S ANSWER, DEFENSES AND COUNTERCLAIMS TO THE AMENDED COMPLAINT-IN-INTERVENTION |
| **NORTH EAST MEDICAL SERVICES, INC., *et al.*,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, *et al.*,**<br><br>Defendants. | Case No. C 12-2895 CW |
| **NORTH EAST MEDICAL SERVICES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, *et al.*,**<br><br>Defendants. | Case No. C 10-2433 CW |
| **LA CLINICA DE LA RAZA, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, *et al.*,**<br><br>Defendants. | Case No. C 10-4605 CW |

1   The Court, having considered the State's ex parte motion to file its response to Defendant's
2   Answer on July 8, 2013, jointly with the U.S., good cause having been shown, and in compliance
3   with the Court's request that joint briefing should be filed whenever possible, it is hereby
4   ORDERED that the State shall have up to and including July 8, 2013, to file its joint response to
5   Defendant's Answer.

Dated: 5/22/2013

*[signature: Claudia Wilken]*
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE