# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH EAST MEDICAL SERVICES,<br><br>    Defendant. | Case No. CV 10-1904 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER** |
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, *et al.*,<br><br>    Defendant. | Case No. CV 12-2895 CW<br><br><br>Case No. CV 10-2433 CW |
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, *et al.*,<br><br>    Defendant. | Case No. CV 10-4605 CW |
| LA CLINICA DE LA RAZA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, *et al.*,<br><br>    Defendant. | |

Pursuant to Local Civil Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to the following:

1. On April 11, 2013, the Court set a consolidated summary judgment motion briefing schedule for the above-captioned related cases, with a November 14, 2013 hearing date.

2. The parties are working on conducting and streamlining discovery and stipulating to certain material facts and authenticity of certain documents that the parties all intend to use for their motions.

3. The parties, therefore jointly request a brief enlargement of time as follows:

| | |
|---|---|
| Governments' consolidated motion for summary judgment: | September 26, 2013 |
| NEMS and La Clinica cross-motion and opposition: | October 17, 2013 |
| Governments' opposition and reply: | October 31, 2013 |
| NEMS and La Clinica reply: | November 7, 2013 |
| Hearing Date: | November 21, 2013, 2:00 pm |

4. The parties agree to continue meeting and conferring regarding the schedule as necessary.

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney

Dated: September 18, 2013        By:        _____/s/_____
ILA C. DEISS[1] (NYBN 3052909)
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730 (Proctor)
melanie.proctor@usdoj.gov

---

[1] I, Ila C. Deiss, hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

2

| | | |
|---|---|---|
| Dated: September 18, 2013 | By: | _____/s/_____ |

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
MEREDITH L. TOOLE
Civil Division, U.S. Department of Justice
Attorneys, Civil Division
United States Department of Justice
   Ben Franklin Station, Box 261
   Washington, D.C. 20044
   Telephone: (202) 353-0426
   edward.crooke@usdoj.gov

Attorneys for the United States

KAMALA D. HARRIS
Attorney General for the State of California

| | | |
|---|---|---|
| Dated: September 18, 2013 | By: | _____/s/_____ |

LORA FOX MARTIN (CABN 168012)
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
   1455 Frazee Road, Suite 315
   San Diego, CA  92108
   Telephone:  (619) 688-7905
   Lora.Martin@doj.ca.gov

| | | |
|---|---|---|
| Dated: September 18, 2013 | By: | _____/s/_____ |

HADARA R. STANTON (CABN 227040)
Deputy Attorney General
   455 Golden Gate Avenue, Suite 1100
   San Francisco, California 94102
   Telephone: (415) 703-5561
   Hadara.Stanton@doj.ca.gov

| | | |
|---|---|---|
| Dated: September 18, 2013 | By: | _____/s/_____ |

JOSHUA SONDHEIMER (CABN 152000)
Deputy Attorney General
   455 Golden Gate Avenue, Suite 1100
   San Francisco, California 94102
   Telephone: (415) 703-5615
   Joshua.Sondheimer@doj.ca.gov

Attorneys for the State of California

3

Dated: September 18, 2013      By:      _____/s/_____
                                        MARISA GUEVARA
                                        JAMES L. FELDSMAN
                                        MATTHEW FREEDUS

                                        Attorneys for North East Medical Services and
                                        La Clínica de la Raza

Pursuant to stipulation, it is **SO ORDERED**.

Dated:  9/19/2013                       _____
                                        CLAUDIA WILKEN
                                        Chief United States District Judge