**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA ET AL.** *Plaintiffs*, v. **NORTH EAST MEDICAL SERVICES, INC.** *Defendant*. | **CASE NO. CV 10-1904-CW** **STIPULATED REQUEST FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER** |
| **NORTH EAST MEDICAL SERVICES, INC.,** *Plaintiff,* v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant.* | **CASE NO. CV 12-2895-CW** |
| **NORTH EAST MEDICAL SERVICES, INC.,** *Plaintiff,* v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant.* | **CASE NO. CV 10-2433-CW** |
| **LA CLINICA DE LA RAZA, INC.,** *Plaintiff*, v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant*. | **CASE NO. CV 10-4605-CW** |

Pursuant to Local Civil Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to the following:

1. On April 11, 2013, the Court set a consolidated summary judgment motion briefing schedule for the above-captioned related cases, with a November 14, 2013 hearing date.

2. On September 18, 2013, the parties filed a stipulated request for an order changing the briefing schedule to allow the parties additional time to streamline discovery and

stipulate to certain material facts and documents.

3. On September 19, 2013, the Court granted the parties' stipulated request for order changing time and reset the hearing date to November 21, 2013.

4. Pursuant to the stipulation and order, the parties have continued to meet and confer regarding the schedule.

5. On September 26, 2013, the government parties filed their consolidated motion for summary judgment.

6. On October 14, 2013, North East Medical Services filed a motion for extension of time.

7. The government parties dispute that the 30(b)(6) deposition is a necessary prerequisite to NEMS filing its motion. However, after additional conversations, the government parties anticipate identifying and producing a witness from HHS to testify on the topics identified in NEMS' Amended Notice of Deposition (ECF No. 104-6) on or before October 28, 2013.

8. NEMS hereby withdraws its request for enlargement of time (ECF No. 104), and the parties jointly request the following changes to the briefing schedule:

NEMS and La Clinica opposition and cross-motion for summary judgment:   October 31, 2013

Governments' opposition and reply:   November 14, 2013

NEMS and La Clinica reply:   November 21, 2013

Hearing Date:   December 5, 2013


Dated: October 16, 2013          Respectfully submitted,

FELDESMAN TUCKER LEIFER FIDELL LLP

10-CV-1904-CW

2

By: /s/ Marisa B. Guevara[1]
James L. Feldesman
Matthew S. Freedus
Marisa B. Guevara
Nicole M. Bacon

Robert F. Kane
LAW OFFICES OF ROBERT F. KANE

*Attorneys for North East
Medical Services, Inc. and La Clinica de la Raza, Inc.*

Dated: October 16, 2013       STUART F. DELERY
                              Assistant Attorney General
                              MELINDA HAAG
                              United States Attorney

                    By:       ____/s/____
                              ILA C. DEISS
                              MELANIE L. PROCTOR
                              Assistant United States Attorneys
                                  450 Golden Gate Avenue, Box 36055
                                  San Francisco, California 94102
                                  Tel.: (415) 436-7124
                                  Ila.deiss@usdoj.gov

Dated: October 16, 2013   By: ____/s/____
                              MICHAEL D. GRANSTON
                              DANIEL R. ANDERSON
                              EDWARD C. CROOKE
                              MEREDITH L. TOOLE
                              Civil Division, U.S. Department of Justice
                              Attorneys, Civil Division
                              United States Department of Justice
                                  Ben Franklin Station, Box 261
                                  Washington, D.C. 20044
                                  Tel. (202) 353-0426
                                  Edward.crooke@usdoj.gov

                              *Attorneys for the United States*

Dated: October 16, 2013       KAMALA D. HARRIS
                              Attorney General for the State of California

                    By:       ____/s/____
                              LORA FOX MARTIN
                              Deputy Attorney General
                              California Attorney General's Office
                              Bureau of Medi-Cal Fraud and Elder Abuse

---

[1] I, Marisa B. Guevara, hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

|     |     |     |     |
| --- | --- | --- | --- |
|     |     |     | 1455 Frazee Road, Suite 315<br>San Diego, California 92108<br>Tel. (619) 688-7905<br>Lora.martin@doj.ca.gov |
| Dated: October 16, 2013 | By: | /s/<br>HADARA R. STANTON<br>Deputy Attorney General |     |

Dated: October 16, 2013      By:      /s/
                                      HADARA R. STANTON
                                      Deputy Attorney General
                                      455 Golden Gate Avenue, Suite 1100
                                      San Francisco, California 94102
                                      Tel. (415) 703 5561
                                      Hadara.stanton@doj.ca.gov

Dated: October 16, 2013      By:      /s/
                                      JOSHUA SONDHEIMER
                                      Deputy Attorney General
                                      455 Golden Gate Avenue, Suite 1100
                                      San Francisco, California 94102
                                      Tel. (415) 703-5615
                                      Joshua.sondheimer@doj.ca.gov

*Attorneys for the State of California*

Pursuant to stipulation, it is **SO ORDERED**.  A further case management conference will also be held on December 5, 2013, at 2:00 p.m.

Dated: 10/18/2013

_____
CLAUDIA WILKEN
Chief United States District Judge