# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA ET AL.** *Plaintiffs*, v. **NORTH EAST MEDICAL SERVICES, INC.** *Defendant*. | **CASE NO. CV 10-1904-CW** **STIPULATED REQUEST FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER** |
| **NORTH EAST MEDICAL SERVICES, INC.,** *Plaintiff*, v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant*. | **CASE NO. CV 12-2895-CW** |
| **NORTH EAST MEDICAL SERVICES, INC.,** *Plaintiff*, v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant*. | **CASE NO. CV 10-2433-CW** |
| **LA CLINICA DE LA RAZA, INC.,** *Plaintiff*, v. **CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, et al.,** *Defendant*. | **CASE NO. CV 10-4605-CW** |

Pursuant to Local Civil Rules 6-2 and 7-12, the parties hereby stipulate, subject to approval of the Court, to the following:

1. On April 11, 2013, the Court set a consolidated summary judgment motion briefing schedule for the above-captioned related cases, with a November 14, 2013 hearing date.

2. On September 18, 2013, the parties filed a stipulated request for an order changing the briefing schedule to allow the parties additional time to streamline discovery and

stipulate to certain material facts and documents.

3. On September 19, 2013, the Court granted the parties' stipulated request for order changing time and reset the hearing date to November 21, 2013.

4. Pursuant to the stipulation and order, the parties have continued to meet and confer regarding the schedule.

5. On September 26, 2013, the government parties filed their consolidated motion for summary judgment.

6. On October 14, 2013, North East Medical Services filed a motion for extension of time.

7. The government parties dispute that the 30(b)(6) deposition is a necessary prerequisite to NEMS filing its motion. However, after additional conversations, the government parties anticipate identifying and producing a witness from HHS to testify on the topics identified in NEMS' Amended Notice of Deposition (ECF No. 104-6) on or before October 28, 2013.

8. NEMS hereby withdraws its request for enlargement of time (ECF No. 104), and the parties jointly request the following changes to the briefing schedule:

NEMS and La Clinica opposition and cross-motion for summary judgment:  October 31, 2013

Governments' opposition and reply:  November 14, 2013

NEMS and La Clinica reply:  November 21, 2013

Hearing Date:  December 5, 2013

Dated: October 16, 2013            Respectfully submitted,

FELDESMAN TUCKER LEIFER FIDELL LLP

|   |   |   |
|---|---|---|
| | | By: /s/ Marisa B. Guevara[1] |
| | | James L. Feldesman |
| | | Matthew S. Freedus |
| | | Marisa B. Guevara |
| | | Nicole M. Bacon |
| | | |
| | | Robert F. Kane |
| | | LAW OFFICES OF ROBERT F. KANE |
| | | |
| | | *Attorneys for North East Medical Services, Inc. and La Clinica de la Raza, Inc.* |
| Dated: October 16, 2013 | | STUART F. DELERY |
| | | Assistant Attorney General |
| | | MELINDA HAAG |
| | | United States Attorney |
| | By: |     /s/ |
| | | ILA C. DEISS |
| | | MELANIE L. PROCTOR |
| | | Assistant United States Attorneys |
| | |    450 Golden Gate Avenue, Box 36055 |
| | |    San Francisco, California 94102 |
| | |    Tel.: (415) 436-7124 |
| | |    Ila.deiss@usdoj.gov |
| Dated: October 16, 2013 | By: |     /s/ |
| | | MICHAEL D. GRANSTON |
| | | DANIEL R. ANDERSON |
| | | EDWARD C. CROOKE |
| | | MEREDITH L. TOOLE |
| | | Civil Division, U.S. Department of Justice |
| | | Attorneys, Civil Division |
| | | United States Department of Justice |
| | |    Ben Franklin Station, Box 261 |
| | |    Washington, D.C. 20044 |
| | |    Tel. (202) 353-0426 |
| | |    Edward.crooke@usdoj.gov |
| | | |
| | | *Attorneys for the United States* |
| Dated: October 16, 2013 | | KAMALA D. HARRIS |
| | | Attorney General for the State of California |
| | By: |     /s/ |
| | | LORA FOX MARTIN |
| | | Deputy Attorney General |
| | | California Attorney General's Office |
| | | Bureau of Medi-Cal Fraud and Elder Abuse |

---

[1] I, Marisa B. Guevara, hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

```
                                1455 Frazee Road, Suite 315
                                San Diego, California 92108
                                Tel. (619) 688-7905
                                Lora.martin@doj.ca.gov
```

Dated: October 16, 2013     By:         /s/
                                HADARA R. STANTON
                                Deputy Attorney General
                                455 Golden Gate Avenue, Suite 1100
                                San Francisco, California 94102
                                Tel. (415) 703 5561
                                Hadara.stanton@doj.ca.gov

Dated: October 16, 2013     By:         /s/
                                JOSHUA SONDHEIMER
                                Deputy Attorney General
                                455 Golden Gate Avenue, Suite 1100
                                San Francisco, California 94102
                                Tel. (415) 703-5615
                                Joshua.sondheimer@doj.ca.gov

*Attorneys for the State of California*

Pursuant to stipulation, it is **SO ORDERED**. A further case management conference will also be held on December 5, 2013, at 2:00 p.m.

Dated: 10/18/2013

_____
CLAUDIA WILKEN
Chief United States District Judge