IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>      Plaintiffs,<br><br>  v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>      Defendant.<br>_____/ | No. C 10-1904 CW<br><br>ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE EXCESS PAGES (Docket No. 109) |
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>      Defendants.<br>_____/ | No. C 10-2433 CW<br>(Docket No. 77) |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>      Defendants.<br>_____/ | No. C 12-2895 CW<br>(Docket No. 82) |
| LA CLINICA DE LA RAZA, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>      Defendants.<br>_____/ | No. C 10-4605 CW<br>(Docket No. 61) |

On October 31, 2013, Northeast Medical Services, Inc. (NEMS) and La Clinica de La Raza, Inc. filed a forty-one page summary judgment brief in these related actions.  The following day, they moved for leave to exceed the twenty-five page limit for the brief.

Although NEMS and La Clinica contend that the additional pages are necessary to address the complex factual and statutory background underlying these actions, they have not explained why they need sixteen additional pages to address this background.  The state and federal governments -- who, unlike NEMS and La Clinica, are each represented by different counsel -- were able to address the same factual and statutory background in a single, consolidated brief of thirty-one pages.  NEMS and La Clinica's request for considerably more pages is not justified here.[1]

Accordingly, their motion for excess pages is GRANTED in part and DENIED in part.  Within two days of this order, NEMS and La Clinica must re-file their summary judgment brief.  The brief shall not exceed thirty-one pages -- the same length as the state and federal governments' opening summary judgment brief.  All other briefing dates shall remain unchanged.

IT IS SO ORDERED.

Dated: 11/5/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Indeed, even without its five-page introduction and ten-page background section, NEMS and La Clinica's brief would still exceed the twenty-five page limit.

2