IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTH EAST MEDICAL SERVICES,**<br><br>Defendant. | Case No. C 10-01904 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER** |
| **NORTH EAST MEDICAL SERVICES, INC.,** *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES,** *et al.*,<br><br>Defendants. | Case No. C 12-2895 CW |
| **NORTH EAST MEDICAL SERVICES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES,** *et al.*,<br><br>Defendants. | Case No. C 10-2433 CW |
| **LA CLINICA DE LA RAZA, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,** *et al.*,<br><br>Defendants. | Case No. C 10-4605 CW |

1

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the four above related matters hereby stipulate, subject to approval of the Court, to the following:

1. Whereas on November 27, 2013, the clerk of the Court issued notice to the parties that the dispositive motions hearing and case management conference previously scheduled for December 5, 2013, were continued to January 9, 2014, but gave leave to the parties to continue the hearing to a mutually convenient time by filing a stipulation.

2. The parties hereby agree that the hearing on the dispositive motions and case management conference should be continued to January 23, 2014, at 2:00 p.m., and respectfully request that the Court so order.

Dated: December 3, 2013     KAMALA D. HARRIS
Attorney General of the State of California

By:    /s/
LORA FOX MARTIN
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, California 92108
Tel. (619) 688-7905
Lora.Martin@doj.ca.gov
*Attorney for the State of California*

Dated: December 3, 2013

By:    /s/
HADARA R. STANTON
Deputy Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, California 94102
Tel. (415) 703-5561
Hadara.Stanton@doj.ca.gov
*Attorney for Director Toby Douglas*

Dated: December 3, 2013

By:    /s/
JOSHUA SONDHEIMER
Deputy Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, California 94102
Tel. (415) 703-5561
Joshua.Sondheimer@doj.ca.gov
*Attorney for Department of Health Care Services and Director Toby Douglas*

Dated: December 3, 2013     STUART F. DELERY
Assistant Attorney General

|   |   |
|---|---|
| | MELINDA HAAG |
| | United States Attorney |
| By: | /s/ |
| | ILA C. DEISS |
| | Ila.Deiss@usdoj.gov |
| | |
| | MELANIE L. PROCTOR |
| | Melanie.Proctor@usdoj.gov |
| | |
| | Assistant United States Attorneys |
| | United States Attorney's Office |
| | 450 Golden Gates Avenue, Box 36055 |
| | San Francisco, California 94102 |
| | Tel. (415) 436-7124 |
| | *Attorneys for the United States of America* |

Dated:  December 3, 2013

|   |   |
|---|---|
| By: | /s/ |
| | MICHAEL D. GRANSTON |
| | DANIEL R. ANDERSON |
| | EDWARD C. CROOKE |
| | Edward.Crooke@usdoj.gov |
| | |
| | MEREDITH L. TOOLE |
| | Meredith.Toole@usdoj.gov |
| | |
| | Civil Division, U.S. Department of Justice |
| | Attorneys, Civil Division |
| | United States Department of Justice |
| | Ben Franklin Station, Box 261 |
| | Washington, D.C. 20044 |
| | Tel. (202) 353-0426 |
| | *Attorneys for the United States of America* |

Dated:  December 3, 2013

|   |   |
|---|---|
| By: | /s/ |
| | MARISA B. GUEVARA[1] |
| | mguevara@ftlf.com |
| | |
| | JAMES L. FELDESMAN |
| | jfeldesman@ftlf.com |
| | |
| | MATTHEW S. FREEDUS |
| | mfreedus@ftlf.com |
| | |
| | NICOLE M. BACON |
| | nbacon@ftlf.com |

---

[1] I, Marisa B. Guevara, hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

Feldesman Tucker Leifer Fidell LLP
1129 20th St., NW
Fourth Floor
Washington, D.C. 20036
Tel. (202) 46-8960

ROBERT F. KANE
rkane1089@aol.com

Law Offices of Robert F. Kane
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel. 415-982-1510
*Attorneys for North East Medical Services, Inc. and La Clinica de la Raza, Inc.*

Dated: December 3, 2013

By: ___/s/_____
JAMES T. DIAMOND, JR.
Goldfarb & Lipman
1300 Clay Street
Ninth Floor
City Center Plaza
Oakland, California 94612
Tel. (510) 836-6336
j.diamond@goldfarblipman.com
*Attorney for Relator*

Pursuant to stipulation, it is SO ORDERED.

Dated: 12/4/2013

CLAUDIA WILKEN
Chief United States District Judge

4

STIPULATED REQUEST FOR ORDER CHANGING TIME (CV-10-1904 CW, C 12-2895 CW, C 10-2433 CW, C 10-4605 CW)