IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *et al*.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**NORTH EAST MEDICAL SERVICES,**<br><br>　　　　　　　　　　　　　Defendant. | Case No. C 10-01904 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER** |
| **NORTH EAST MEDICAL SERVICES, INC.**, *et al*.,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES**, *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 12-2895 CW |
| **NORTH EAST MEDICAL SERVICES, INC.**,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES**, *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 10-2433 CW |
| **LA CLINICA DE LA RAZA, INC.**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES**, *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 10-4605 CW |

1

Pursuant to Local Civil Rules 6-2 and 7-12, the parties in the four above related matters hereby stipulate, subject to approval of the Court, to the following:

1. Whereas on November 27, 2013, the clerk of the Court issued notice to the parties that the dispositive motions hearing and case management conference previously scheduled for December 5, 2013, were continued to January 9, 2014, but gave leave to the parties to continue the hearing to a mutually convenient time by filing a stipulation.

2. The parties hereby agree that the hearing on the dispositive motions and case management conference should be continued to January 23, 2014, at 2:00 p.m., and respectfully request that the Court so order.

Dated: December 3, 2013             KAMALA D. HARRIS
                                    Attorney General of the State of California

                          By:       /s/
                                    LORA FOX MARTIN
                                    Deputy Attorney General
                                    California Attorney General's Office
                                    Bureau of Medi-Cal Fraud and Elder Abuse
                                    1455 Frazee Road, Suite 315
                                    San Diego, California 92108
                                    Tel. (619) 688-7905
                                    Lora.Martin@doj.ca.gov
                                    *Attorney for the State of California*

Dated: December 3, 2013
                          By:       /s/
                                    HADARA R. STANTON
                                    Deputy Attorney General
                                    455 Golden Gate Avenue, Suite 1100
                                    San Francisco, California 94102
                                    Tel. (415) 703-5561
                                    Hadara.Stanton@doj.ca.gov
                                    *Attorney for Director Toby Douglas*

Dated: December 3, 2013
                          By:       /s/
                                    JOSHUA SONDHEIMER
                                    Deputy Attorney General
                                    455 Golden Gate Avenue, Suite 1100
                                    San Francisco, California 94102
                                    Tel. (415) 703-5561
                                    Joshua.Sondheimer@doj.ca.gov
                                    *Attorney for Department of Health Care Services and Director Toby Douglas*

Dated: December 3, 2013             STUART F. DELERY
                                    Assistant Attorney General

|     |     |     |
| --- | --- | --- |
|     |     | MELINDA HAAG<br>United States Attorney |
|     | By: | /s/<br>ILA C. DEISS<br>Ila.Deiss@usdoj.gov |
|     |     | MELANIE L. PROCTOR<br>Melanie.Proctor@usdoj.gov |
|     |     | Assistant United States Attorneys<br>United States Attorney's Office<br>450 Golden Gates Avenue, Box 36055<br>San Francisco, California 94102<br>Tel. (415) 436-7124<br>*Attorneys for the United States of America* |

Dated:  December 3, 2013

|     |     |     |
| --- | --- | --- |
|     | By: | /s/<br>MICHAEL D. GRANSTON<br>DANIEL R. ANDERSON<br>EDWARD C. CROOKE<br>Edward.Crooke@usdoj.gov |
|     |     | MEREDITH L. TOOLE<br>Meredith.Toole@usdoj.gov |
|     |     | Civil Division, U.S. Department of Justice<br>Attorneys, Civil Division<br>United States Department of Justice<br>Ben Franklin Station, Box 261<br>Washington, D.C. 20044<br>Tel. (202) 353-0426<br>*Attorneys for the United States of America* |

Dated:  December 3, 2013

|     |     |     |
| --- | --- | --- |
|     | By: | /s/<br>MARISA B. GUEVARA[1]<br>mguevara@ftlf.com |
|     |     | JAMES L. FELDESMAN<br>jfeldesman@ftlf.com |
|     |     | MATTHEW S. FREEDUS<br>mfreedus@ftlf.com |
|     |     | NICOLE M. BACON<br>nbacon@ftlf.com |

---

[1] I, Marisa B. Guevara, hereby attest that I gained the concurrence of all parties whose signatures are represented by a conformed /s/ signature in the filing of this document.

1  
2  
3  
Feldesman Tucker Leifer Fidell LLP  
1129 20th St., NW  
Fourth Floor  
Washington, D.C. 20036  
Tel.  (202) 46-8960  

4  ROBERT F. KANE  
rkane1089@aol.com  

5  
6  
7  
8  
Law Offices of Robert F. Kane  
870 Market Street, Suite 1128  
San Francisco, CA  94102  
Tel.  415-982-1510  
*Attorneys for North East Medical Services, Inc. and La Clinica de la Raza, Inc.*  

9  Dated:  December 3, 2013  

10  By:    /s/  
JAMES T. DIAMOND, JR.  
Goldfarb & Lipman  
11  1300 Clay Street  
Ninth Floor  
12  City Center Plaza  
Oakland, California 94612  
13  Tel. (510) 836-6336  
j.diamond@goldfarblipman.com  
14  *Attorney for Relator*  

15  

16  Pursuant to stipulation, it is SO ORDERED.  

Dated:    12/4/2013  

17  CLAUDIA WILKEN  
Chief United States District Judge  

18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

4