IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 10-1904 CW |
| Plaintiffs, | ORDER OF <u>REFERENCE TO MAGISTRATE JUDGE</u> |
| v. | |
| NORTH EAST MEDICAL SERVICES, | |
| Defendant. | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint letter regarding discovery disputes, joint motion to exceed pages limitation regarding joint discovery letter brief, and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 12/12/2013

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.