IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-1904 CW<br><br>ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE (Docket No. 133) |
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-2433 CW |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2895 CW |
| LA CLINICA DE LA RAZA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-4605 CW |

On January 23, 2014, Northeast Medical Services, Inc. (NEMS) filed a motion for relief from Magistrate Judge Spero's January 9, 2014 discovery order. After reviewing the discovery order and the joint discovery letter-brief submitted to Magistrate Judge Spero on December 10, 2013, the Court denies NEMS's motion.

First, Magistrate Judge Spero's decision to overrule NEMS's general objections to the Governments' discovery motions is supported by the local rules and, therefore, not contrary to law. Civil Local Rule 37-3 plainly allows parties to file motions to compel up to seven days after the close of discovery. The cases NEMS cites from outside of this district are inapposite.

Second, Magistrate Judge Spero's decision to order NEMS to submit to a Rule 30(b)(6) deposition is not clearly erroneous or contrary to law. NEMS has yet to produce a witness to be deposed on all of the subjects outlined in the Governments' deposition notice and these subjects are relevant to the Governments' case. Producing a witness for this deposition will not be unduly burdensome for NEMS, especially now that summary judgment briefing has concluded.

Finally, Magistrate Judge Spero's decision to quash NEMS's requests to depose Cindy Mann and Jim McCrae -- both high-level federal officials with limited knowledge of the specific facts at issue in this case -- is amply supported by law. The Governments cited numerous authorities in the joint letter-brief for the proposition that "top executive department officials should not, absent extraordinary circumstances, be called to testify regarding their reasons for taking official actions." Simplex Time Recorder

2

Co. v. Secretary of Labor, 766 F.2d 575, 586 (D.C. Cir. 1985). NEMS has not cited even a single case to counter that proposition.

## CONCLUSION

For the reasons set forth above, NEMS's motion for relief from Magistrate Judge Spero's discovery order (Docket No. 133 in Case No. 10-1904) is DENIED. The Governments' request for leave to file a response brief (Docket No. 137 in Case No. 10-1904) is DENIED as moot.

IT IS SO ORDERED.

Dated: 2/4/2014

CLAUDIA WILKEN
United States District Judge

3