IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>        Defendant.<br>_____/ | No. C 10-1904 CW<br><br>ORDER DIRECTING GOVERNMENTS TO PROVIDE CITATION |
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>        Defendants.<br>_____/ | No. C 10-2433 CW |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-2895 CW |
| LA CLINICA DE LA RAZA, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CAL. DEP'T HEALTH CARE SERVICES, et al.,<br><br>        Defendants.<br>_____/ | No. C 10-4605 CW |

On January 23, 2014, the Court held a hearing on the parties' cross-motions for summary judgment. At that hearing, the Federal Government represented that Northeast Medical Services, Inc. (NEMS) had identified certain Medi-Cal enrollee visits in its supplemental payment requests[1] as "FQHC visits" but subsequently classified those visits as non-FQHC visits when it submitted its annual reconciliation requests. The Federal Government specifically referred to these visits as "visits that have already been identified as FQHC visits and have already been billed by NEMS to the State" in NEMS's supplemental payment requests. Docket No. 140, Jan. 23, 2014 Hrg. Tr. 10:25-11:5; see also id. 45:25-46:4 (referring to "visits already billed for" as part of the "Code 18 billing scheme"). The Governments, however, did not cite any evidence in the record of specific supplemental payment requests that NEMS submitted to the State during the relevant period.

Accordingly, if the record contains any specific examples of supplemental payment requests that NEMS submitted between 2001 and 2010, the Governments are directed to provide a citation to those requests within four days of this order. They shall not supplement the citation with any additional argument or evidence. If the record does not contain any examples of supplemental

//
//
//
//

---

[1] The Governments refer to these payments as "Code 18" payments.

2

payment requests actually submitted by NEMS, the Governments shall submit a brief statement, not to exceed one page, saying that the record does not contain this evidence.

IT IS SO ORDERED.

Dated: 3/11/2014

CLAUDIA WILKEN
United States District Judge