IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C 10-1904 CW |
|     Plaintiffs, | <u>ORDER RE SETTLEMENT</u> |
|   v. | |
| NORTH EAST MEDICAL SERVICES, | |
|     Defendant. | |
| NORTH EAST MEDICAL SERVICES, INC., | No. C 10-2433 CW |
|     Plaintiff, | |
|   v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, HEALTH AND HUMAN SERVICES AGENCY, STATE OF CALIFORNIA et al., | |
|     Defendants. | |
| LA CLINICA DE LA RAZA, INC., | No. C 10-4605 CW |
|     Plaintiff, | |
|   v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, HEALTH AND HUMAN SERVICES AGENCY, STATE OF CALIFORNIA, et al., | |
|     Defendants. | |
| NORTHEAST MEDICAL, | No. C 12-2895 CW |
|     Plaintiff, | |
|   v. | |

CALIFORNIA DEPARTMENT OF HEALTH,

    Defendant.

_____/

The Court is informed that the parties have reached a tentative settlement in these matters.  Because pretrial deadlines are approaching the Court will continue the trial date to November 17, 2014, and the pretrial conference date to November 12, 2014.  Pretrial conference filings may be made as late as November 7, 2014, with responses to motions in limine on November 10, 2014.  The parties shall notify the Court as soon as the settlement is finalized.

Dated:  9/5/2014

                      CLAUDIA WILKEN
                      United States District Judge

cc:  LB