STUART F. DELERY
Assistant Attorney General

MELINDA HAAG
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
ILA C. DEISS (NY Bar No. 3052909)
MELANIE L. PROCTOR (CA Bar No. 228971)
Assistant United States Attorneys
     450 Golden Gate Avenue, Box 36055
     San Francisco, CA  94102
     Telephone: (415) 436-7124 (Deiss)
     Ila.deiss@usdoj.gov

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
MEREDITH L. TOOLE
Attorneys, Civil Division
United States Department of Justice
     Ben Franklin Station, Box 261
     Washington, D.C.  20044
     Telephone: (202) 353-0426
     Edward.crooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA, *ex rel.* LOI TRINH and ED TA-CHING HSU,<br><br>            Plaintiffs,<br><br>    v.<br><br>NORTH EAST MEDICAL SERVICES,<br><br>            Defendant. | C 10-1904 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME; AND ORDER** |

    1.     On September 4, 2014, the parties reached a tentative settlement agreement.  ECF 168.

2.     On September 5, 2014, this Court reset the trial from November 3, 2014, to November 17, 2014, to afford the parties time to finalize the settlement.  ECF 168.

3.     The parties had a further settlement conference on October 7, 2014 to address certain issues which arose in the interim. Some of those issues were resolved but others remain.

4.     The parties expect that the outstanding issues can be resolved and are working in good faith to do so.  To that end, they have agreed to exchange settlement agreement drafts by October 15, 2014, and have scheduled a further settlement conference for November 4, 2014, with the Honorable Laurel Beeler, with the hope and expectation of being able to finalize a settlement by that date.

5.     To facilitate settlement, the parties propose resetting the trial dates as follows:

| | |
|---|---|
| Trial: | February 2, 2015 |
| Pretrial Conference: | January 28, 2015 |
| Pretrial Filings: | January 21, 2015 |
| Exchange of Pretrial Filings: | December 17, 2014 |

6.     The parties shall notify the Court as soon as the settlement is finalized.

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General
MELINDA HAAG
United States Attorney

Dated: October 9, 2014          By:    _____/s/_____
ILA C. DEISS
MELANIE L. PROCTOR
Assistant United States Attorneys

Dated: October 9, 2014          By:    _____/s/_____
EDWARD C. CROOKE
MEREDITH L. TOOLE
Civil Division, U.S. Department of Justice
Attorneys, Civil Division
United States Department of Justice

Attorneys for the United States

1

2
                                                KAMALA D. HARRIS
                                                Attorney General for the State of California

3

4
Dated: October 9, 2014           By:       _____/s/_____

5
                                                LORA FOX MARTIN
                                                Deputy Attorney General

6
                                                California Attorney General's Office
                                                Bureau of Medi-Cal Fraud and Elder Abuse

7

8
                                                Attorneys for the State of California

9
Dated: October 9, 2014

10
           By:       _____/s/_____
                                              JAMES DIAMOND

11
                                              Relators' Counsel

12

13
Dated: October 9, 2014

14
           By:       _____/s/_____
                                              MARISA GUEVARA

15
                                              JAMES FELDESMAN
                                              MATTHEW FREEDUS

16
                                              Attorneys for North East Medical Services

17

18

19

20

21
**ORDER**

22
       Pursuant to the stipulation, IT IS SO ORDERED except that the pretrial conference will be held

23
on January 21, 2015, at 2:00 p.m.  Pretrial filing dates are set in accordance to the Court's Order for
Pretrial Preparation.

24

25
Dated:  October 14, 2014

26
                                                CLAUDIA WILKEN
                                            Chief United States District Judge

27

28