*KAMALA D. HARRIS*  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE

Telephone: (619) 688-6065  
Facsimile: (619) 688-4200  
E-mail: brian.frankel@doj.ca.gov

June 17, 2015

*Via E-Filing*

Hon. Laurel Beeler, United States Magistrate Judge  
Courtroom C, 15th Floor  
U.S. District Court, Northern District of California  
450 Golden Gate Ave.  
San Francisco, CA  94102

RE:   United States of America, *et al.* v. North East Medical Services  
      Court Case No.:  4:10-cv-01904-CW

Dear Magistrate Judge Beeler:

This is to inform you that while NEMS' appeal was pending, and consistent with the parties' settlement agreement, as reflected on the September 4, 2014 hearing transcript, the State of California's Department of Health Care Services obtained "control agency approval" to proceed with implementing the terms of the September 4, 2014 settlement.

Sincerely,

/S/  Brian V. Frankel  
Brian V. Frankel  
Supervising Deputy Attorney General  
Bureau of Medi-Cal Fraud and Elder Abuse

For   KAMALA D. HARRIS  
      Attorney General

      Attorneys for Plaintiff State of California