IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-1904 CW<br><br>ORDER TO FILE SUPPLEMENTAL DOCUMENTATION |

   Relators move for attorneys' fees and costs.  Their motion contains the total number of hours that each attorney worked. Supporting declarations include summaries of work performed. Relators agree with NEMS that Relators are not entitled to attorneys' fees relating to the Medicare overcharge claims from Relators' complaint.  Docket No. 270 at 6; Docket No. 266 at 5-6.

   The Court orders Relators to file supplemental documentation elaborating on the information found in the supporting declarations.  The supplemental documentation must match tasks performed with the number of hours each attorney spent on each task.  See, e.g., Fischer v. SJB-P.D. Inc., 214 F.3d 1115, 1121 (9th Cir. 2000) (holding that denying a fee application was an abuse of discretion where the application contained a "summary compiled from time slips" that stated the time spent on each category of tasks).  The supplemental documentation must also

separate time spent on the Medi-Cal claims from time spent on Medicare claims.

IT IS SO ORDERED.

Dated: October 7, 2015

CLAUDIA WILKEN
United States District Judge