IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Defendant. | No. C 10-1904 CW<br><br>ORDER FOR ADDITIONAL BRIEFING ON MOTION TO ALTER, VACATE OR SET ASIDE JUDGMENT OR ORDER |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | No. C 12-2895 CW |

Northeast Medical Services, Inc. (NEMS), Defendant in case number 10-1904[1] and Plaintiff in case number 12-2895, moves to alter, vacate or set aside both the Court's judgment in these cases, Docket Nos. 256-58, and Magistrate Judge Laurel Beeler's order enforcing the parties' oral settlement agreement on which judgment rests, Docket Nos. 223, 225 and 229.  Section II of NEMS's opening brief relates to the Judgment and the Standard False Claims Act Settlement Terms.

---

[1] All docket numbers cited refer to this case.

Within one week of the filing of this order, NEMS must submit additional briefing of no more than five pages articulating (1) the exact changes it requests that the Court make to these documents to address "the discrepancies," Docket No. 265 at 11, and (2) the basis for its requests.  Within two weeks of the filing of this order, the United States and the State of California must file joint or separate briefs in response of no more than five pages.  The response briefs must indicate whether the Governments object to each of NEMS's proposed changes.  Within three weeks of the filing of this order, NEMS may file a reply brief of no more than three pages.

IT IS SO ORDERED.

Dated: November 12, 2015

CLAUDIA WILKEN
United States District Judge