IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-1904 CW |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2895 CW<br><br>ORDER |

Presently, the transcript of the September 4, 2014 settlement conference before Magistrate Judge Beeler is under seal as Exhibit 1 to Docket Number 189. If any party objects to unsealing this document, it must file an objection of no more than two pages within one week of the filing of this order.

IT IS SO ORDERED.

Dated: February 3, 2016

CLAUDIA WILKEN
United States District Judge