IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. LOI TRINH and ED TA-CHIANG HSU,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHEAST MEDICAL SERVICES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 10-1904 CW |
| NORTHEAST MEDICAL SERVICES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 12-2895 CW<br><br>ORDER STAYING MOTION FOR ATTORNEYS' FEES AND OBJECTIONS TO BILL OF COSTS |

Northeast Medical Services, Inc. (NEMS) has filed an amended bill of costs. The United States of America and Relators Loi Trinh and Ed Ta-Chiang Hsu have filed timely objections to the bill of costs. Also pending is a motion for attorneys' fees filed by NEMS, which was noticed for hearing on March 27, 2018.

In addition to other objections, the United States requests that the Court defer ruling on the bill of costs until after the parties' in-person settlement conference, currently scheduled for March 20, 2018. The Court GRANTS this request. The parties shall address all remaining disputes relating to the bill of costs and

the motion for attorneys' fees together with the other issues at the settlement conference.

The Court VACATES the March 27, 2018 hearing on the motion for attorneys' fees.  No later than seven days after the settlement conference, the parties shall file a joint status report to inform the Court of any issues that have been settled or narrowed.  After the filing of the joint status report, the Clerk will make a determination of taxable costs pursuant to Civil Local Rule 54-4 and the Court will rule on the papers on any remaining disputes regarding the motion for attorneys' fees, or set a hearing if necessary.

The briefing schedule for the motion for attorneys' fees, which is set by the Civil Local Rules, remains in effect.

IT IS SO ORDERED.

Dated: February 23, 2018

CLAUDIA WILKEN
United States District Judge

2